# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Civil Action: 3:17-CR-134-82

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO BE REMOVED** |
| JONATHAN WRAY, | ) | **FROM NOTIFICATIONS** |
| | ) | |
| Defendant. | ) | |

_____

COMES NOW undersigned counsel and seeks to be removed from the notifications list for all defendants in this case. In support of this motion, the undersigned show the following good cause for the request.

1. The undersigned completed the trial level proceedings in this matter.

2. The undersigned was permitted to withdraw at the appellate level more than three years ago.

3. The number of notices still generated for the numerous other co-defendants is burdensome to review.

WHEREFORE, the undersigned, Helen L. Parsonage, respectfully requests that, for good cause shown, she be removed from the names of those notified of docket entries in this matter.

This the 13th day of January, 2025.

/s/Helen L. Parsonage
Helen L. Parsonage (35492)
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC  27101
(336) 724-2828
hparsonage@emplawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel for government.

/s/Helen L. Parsonage
Helen L. Parsonage (35492)
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC  27101
(336) 724-2828
hparsonage@emplawfirm.com