IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHERMAN DEVANTE ADDISON,

Defendant.

Docket No. 3:17-CR-0134-SCR

## UNOPPOSED MOTION TO STAY SUPERVISED RELEASE VIOLATION HEARING

Sherman Devante Addison, through his counsel of record, Assistant Federal Defender W. Kelly Johnson, requests that this Court stay the Supervised Release Violation (SRV) Hearing scheduled in this matter for February 17, 2026. The parties submit that a stay of the SRV hearing is appropriate in light of the fact that Mr. Addison is currently in the custody of the North Carolina Department of Adult Correction (NCDAC), is not in federal custody, and will be unavailable for the SRV hearing.

1. Mr. Addison made his initial appearance on the SRV in this matter on January 14, 2025. Mr. Addison was released on a $25,000.00 unsecured appearance bond with a home detention/ electronic monitoring component on January 17, 2025. Because the case was assigned to Judge Whitney, no hearing date for the Supervised Release Violation was set for almost one year. During that time period, Mr. Addison's counsel in Cleveland County, North Carolina, worked out a plea agreement which resolved the Cleveland County charges that form the basis of the SRV Violation. Mr. Addison accepted the plea agreement on the State of North Carolina charges and surrendered himself to Cleveland County authorities on July 28, 2026 to

begin serving his 15-27 month sentence. Mr. Addison is currently house on the NCDAC Pender CI facility in Burgaw, North Carolina and his projected release date is August 21, 2027.

2.    At this time, no Writ or Order of Production is in place which would allow the transfer of Mr. Addison to federal custody by the time the SRV hearing is scheduled for February 17, 2026.  Counsel for the United States and Mr. Addison are diligently working on options to have Mr. Addison appear in federal court but these efforts cannot be accomplished in time for his February 17, 2026, hearing.

3.    Under these circumstances, the ends of justice served by a stay of the SRV Hearing outweighs the best interests of the public and the United States. This is the first request for a continuance of the SRV Hearing.

4.    AUSA Ed Ryan does not oppose a stay of the SRV revocation hearing until Mr. Addison can be returned to federal custody.

    **WHEREFORE,** Mr. Addison respectfully requests a stay of the SRV revocation hearing until he is available to appear in the U.S. District Court for the Western District of North Carolina.

Respectfully submitted,

John G. Baker
Federal Public Defender for the
Western District of North Carolina

*/s/ W. Kelly Johnson*
W. Kelly Johnson
Assistant Federal Public Defender
129 W. Trade St., Suite 300
Charlotte, NC 28202
w_kelly_johnson@fd.org
704-374-0720

Attorney for Sherman Devante Addison

Filed:  February  12, 2026.